Dennis J. PAPPAS, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5151.

United States Court of Appeals,
Federal Circuit.

March 9, 2006.

ALLAN BLOCK CORPORATION,
Plaintiff–Appellee,

v.

E DILLON & COMPANY,
Defendant–Appellant.

Nos. 05–1498, 05–1594.

United States Court of Appeals,
Federal Circuit.

March 9, 2006.

Before SCHALL, BRYSON, and DYK,
Circuit Judges.

Before MICHEL, Chief Judge, MAYER
and LOURIE, Circuit Judges.

*Judgment*

Judgment

PER CURIAM

PER CURIAM:

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.